JANUARY 23, 1964

Reap. Dec. 10672.—Advance Brokers, Ltd. v. United States, reappraisement R62/9881, etc. Reappraisements dismissed December 6, 1963. Entered at Boston, Mass. (Not published.) Motion by plaintiff.